Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of Maryland    ☑

Civil Division

USDC- BALTIMORE
'26 JUN 24 PM 3:04

Markeese Freeland

)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

)
)
)
)
)
)

Cloverland Green Spring Dairy (d/b/a Cloverland Dairy
Limited Partnership), Frank Harris and
Linda Turkin

)
)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. ___ SAG 26 CV 02522
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Markeese Freeland |
| Street Address | 8508 Valley Hill Court |
| City and County | Randallstown |
| State and Zip Code | Maryland 21133 |
| Telephone Number | 301-392-7470 |
| E-mail Address | mcf.freeland@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



HD

Rcv'd by: AR

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Cloverland Green Spring Dairy (d/b/a Cloverland Dairy Limited Part |
| Job or Title *(if known)* | Employer/Business Owner |
| Street Address | 2701 Loch Raven Road |
| City and County | Baltimore |
| State and Zip Code | Maryland 21218 |
| Telephone Number | (410) 235-4477 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Frank Harris |
| Job or Title *(if known)* | Cooler Manager |
| Street Address | 2701 Loch Raven Road |
| City and County | Baltimore |
| State and Zip Code | Maryland 21218 |
| Telephone Number | (410) 235-4477 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Linda Turkin |
| Job or Title *(if known)* | HR Director |
| Street Address | 2701 Loch Raven Road |
| City and County | Baltimore |
| State and Zip Code | Maryland 21218 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Cloverland Green Spring Dairy |
| Street Address | 2701 Loch Raven Road |
| City and County | Baltimore |
| State and Zip Code | Maryland 21218 |
| Telephone Number | (410) 235-4477 |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☑ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☑    Other acts *(specify)*:    Sexual Harassment and Harassment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s) October 2023 through August 2025.

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☑    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race    _____

☐    color    _____

☑    gender/sex    sexual harassment

☐    religion    _____

☐    national origin    _____

☐    age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed.

Plaintiff is seeking $1,000,000 from Defendants for the wrongs committed against her. Plaintiff was sexually harassed by a male employee. Plaintiff was harassed and singled out because she was the only female employee in the department. Plaintiff was falsely accused, retaliated against and lied on by management and human resources on several occasions. The work environment became a hostile one for Plaintiff. Plaintiff suffered from anxiety, depression, and emotional trauma as a result of Defendants' actions. Plaintiff sought medical attention from her treating physician and was ordered to take time off of work by said treating physician. Plaintiff lost income during this time, and eventually resigned from her position with the company due to the continued behavior from Defendants.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   5/27/26

Signature of Plaintiff

Printed Name of Plaintiff    Markeese Freeland

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____